UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY T. O'BRIEN,<br><br>                       Plaintiff,<br><br>v.<br><br>SAJIB SAHA, et al.,<br><br>                      Defendants. | Case No.: 3:19-cv-01957-JLS (JLB)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE MOTION TO VACATE DATES IN PRETRIAL ORDER**<br><br>**[ECF No. 32]** |

      Before the Court is Defendants' *ex parte* motion to vacate all pretrial dates in the Court's scheduling order (ECF No. 8), in light of the pending report and recommendation on Defendants' motion for summary judgment. (ECF No. 32.) For good cause shown, the motion is **GRANTED**. Accordingly, all pretrial dates and deadlines in the Court's scheduling order (ECF No. 8), including the final pretrial conference, are hereby **VACATED**, to be reset, if necessary, after a decision is issued on Defendants' pending summary judgment motion.

      **IT IS SO ORDERED.**

Dated: March 2, 2021

                                                            Hon. Jill L. Burkhardt<br>
                                                            United States Magistrate Judge